**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Chambers of Judge Wendy Beetlestone**
**5918 U.S. Courthouse**
**601 Market Street**
**Philadelphia, Pennsylvania 19103**
**267-299-7450**

September 10, 2015

Elizabeth F. Lorell, Esquire
Gordon & Rees, LLP
2005 Market Street, Suite 2900
Philadelphia, PA 19103

Re:   *Liberty Insurance Underwriters Incorporated v. Randolph Scott, et al.*
      Civil Action No. 15-3281

Dear Mr. Clemente:

     A review of the Court's records shows that service of the complaint on defendants, Randolph Scott and Randolph Scott Associates, P.C. has not been made in the above-captioned action.

     In order to eliminate a delay in bringing this case to trial, service should be made by Thursday, October 8, 2015, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service.

     If service is not made by October 8, 2015, the court may dismiss the complaint without prejudice for lack of prosecution.

                                        Very truly yours,

                                        /s/ Aaris M. Wilson
                                        Civil Deputy Clerk to the
                                        Honorable Wendy Beetlestone

cc:   file